IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                        PLAINTIFF

v.                              No. 4:13, CR00165-001 KGB

PATRICIA A. HILL                                                                DEFENDANT

## ORDER

On November 5, 2013, the Government filed its Motion to Continue Sentencing (Dkt. No. 13). The motion recites that defendant has no objection to the motion.

Therefore this matter is removed from this Court's calendar for Friday, November 15, 2013, and will be reset by amended notice.

SO ORDERED this 8th day of November, 2013.

_____

Kristine G. Baker

United States District Judge