## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**UNITED STATES OF AMERICA**                                      **PLAINTIFF**

**v.**                          **No. 4:13, CR00165-001 KGB**

**PATRICIA A. HILL**                                              **DEFENDANT**

### ORDER

On November 25, 2013, the Defendant filed her Unopposed Motion to Continue Sentencing

(Dkt. No. 16).  The motion recites that Government has no objection to the motion.

Therefore this matter is removed from this Court's calendar for Thursday, January 9, 2014,

and will be reset by amended notice.

SO ORDERED this 26th day of November, 2013.

_____
Kristine G. Baker
United States District Judge