IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                               PLAINTIFF

v.                              Case No. 4:13-cr-00165-KGB

PATRICIA A. HILL                                                                       DEFENDANT

## NOTICE

On January 15, 2014, this Court entered a judgment ordering that Patricia A. Hill surrender to the United States Marshal for this district at 2:00 p.m. on March 10, 2014. The Court did not at the time of the entry of that judgment have the institution to which Ms. Hill would be designated to serve her sentence. The Court now has been informed that Ms. Hill is to serve her sentence at the Federal Prison Camp in Bryant, Texas.

At 2:00 p.m. on March 10, 2014, Ms. Hill must surrender to the United States Marshal for this district or to the Federal Prison Camp in Bryant, Texas.

DATED this 28th day of January, 2014.

_____
Kristine G. Baker
United States District Judge